# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CLOUDING CORP.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMC CORPORATION,<br>EMC INTERNATIONAL U.S. HOLDINGS,<br>INC., and VMWARE, INC.,<br><br>　　　　　　　　Defendants. | C.A. No. 14-1178-LPS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by the parties that all claims asserted against Defendants in this action are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

March 1, 2018

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Stephen B. Brauerman (sb4952) | Jack B. Blumenfeld (#1014) |
| Sara E. Bussiere (sb5725) | 1201 North Market Street |
| 600 N. King Street, Suite 400 | P.O. Box 1347 |
| P.O. Box 25130 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 655-5000 | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | |
| sbussiere@bayardlaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff Clouding Corp.* | |

IT IS SO ORDERED this ___ day of _____, 2018.

_____
The Honorable Leonard P. Stark
United States District Judge